UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACE MCCORMICK,

      Plaintiff,

  - against -

DAVID'S BRIDAL, LCC, ET AL.,

      Defendants.

---

26-cv-1758 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

  The parties are directed to discuss settlement and provide an update to the Court by **May 13, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:  New York, New York
    March 12, 2026

              John G. Koeltl
           United States District Judge